IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT YOUNGSTOWN

| | |
|---|---|
| JEFFREY DUNNE, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>COMPUTERIZED MUDLOGGING SERVICES, LLC,<br><br>Defendant. | CASE NO.: 4:15-cv-00692-JRA<br><br>HON. JOHN R. ADAMS |

## MOTION FOR ADMISSION PRO HAC VICE
## OF ATTORNEY RICHARD JENNINGS BURCH

Plaintiff, JEFFREY DUNNE, respectfully move this Court to admit Richard Jennings Burch, of the law firm of Bruckner & Burch LLC, be permitted to appear and participate as co-counsel for Plaintiff in this matter.  In accordance with Local Rule 83.5(h), Plaintiffs state as follows:

Mr. Burch has been, and presently is a member in good standing of the Supreme Court of Texas. Mr. Burch's address, telephone number, facsimile number, and e-mail address are as follows:

>Bruckner & Burch LLC
>Richard Jennings Burch
>8 Greenway Plaza, Suite 1500
>Houston, Texas 77046
>Telephone: (713) 877-8788
>Facsimile: (713) 877-8065
>rburch@brucknerburch.com

Mr. Burch's registration number in the Supreme Court of Texas is 24001807.

The statement of Mr. Burch in support of this Motion is attached as **Exhibit "A".**

Therefore, Plaintiff respectfully requests that this Court permit Richard Jennings Burch of the law firm Bruckner & Burch LLC to appear on their behalf in this proceeding.

        Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose, Esq. (0055214)
**Barkan Meizlish Handelman Goodin DeRose Wentz, LLP**
250 E Broad St, 10th Floor
Columbus, Ohio 43215
Telephone: (614) 221-4221
Fax: (614) 744-2300
Email: bderose@barkanmeizlish.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically on May 5, 2015 using the CM/ECF filing system which I understand will send a notice of electronic filing to all parties of record through the Court's system.

        Respectfully submitted,

        */s/ Robert E. DeRose*
        Robert E. DeRose, Esquire